**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHAPTER 13 PLAN**
**AND RELATED MOTIONS**

Name of Debtor(s):     **James Charles Taylor**                    Case No:  **19-71292**
                                    **Mary Kelly Taylor**

This plan, dated ___**April 12, 2019**___, is:

☐    the *first* Chapter 13 plan filed in this case.
☐    a modified Plan, which replaces the
       ☐ confirmed or ☐ unconfirmed Plan dated ____.

       Date and Time of <u>Modified Plan</u> Confirmation Hearing:
       ____

       Place of <u>Modified Plan</u> Confirmation Hearing:
       ___

The Plan provisions modified by this filing are:
____

Creditors affected by this modification are:
____

**1. Notices**

**To Creditors:**

**Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.**

**(1) Richmond and Alexandria Divisions:**
**The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed.**
**(2) Norfolk and Newport News Divisions: a confirmation hearing will be held even if no objections have been filed.**
  **(a) A scheduled confirmation hearing will not be convened when:**
       **(1) an amended plan is filed prior to the scheduled confirmation hearing; or**
       **(2) a consent resolution to an objection to confirmation anticipates the filing of an amended plan and the objecting party removes the scheduled confirmation hearing prior to 3:00 pm on the last business day before the confirmation hearing.**

**In addition, you may need to file a timely proof of claim in order to be paid under any plan.**

**The following matters may be of particular importance.**

**Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| A. | A limit on the amount of a secured claim, set out in Section 4.A which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
|---|---|---|---|
| B. | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 8.A | ☐ Included | ■ Not included |
| C. | Nonstandard provisions, set out in Part 12 | ■ Included | ☐ Not included |

**2.        Funding of Plan. The debtor(s) propose to pay the Trustee the sum of $1,157.00 per month for 3 months, then $989.00 per month for 11 months, then $551.00 per month for 3 months, then $1,026.00 per month for 43 months.**

Page 1

Other payments to the Trustee are as follows:

The total amount to be paid into the Plan is $ __60,121.00__ .

3.    **Priority Creditors.** The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

    A.    **Administrative Claims under 11 U.S.C. § 1326.**

        1.    The Trustee will be paid the percentage fee fixed under 28 U.S.C. § 586(e), not to exceed 10% of all sums received under the plan.

        2.    Check one box:

■ Debtor(s)' attorney has chosen to be compensated pursuant to the "no-look" fee under Local Bankruptcy Rule 2016-1(C)(1)(a) and (C)(3)(a) and will be paid $ __4,796.00__ , balance due of the total fee of $ __5,296.00__ concurrently with or prior to the payments to remaining creditors.

☐ Debtor(s)' attorney has chosen to be compensated pursuant to Local Bankruptcy Rule 2016-1(C)(1)(c)(ii) and must submit applications for compensation as set forth in the Local Rules.

    B.    **Claims under 11 U.S.C. § 507.**

The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid pursuant to 3.C below:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| **City of Portsmouth** | **Taxes and certain other debts** | 161.00 | **Prorata**<br>**12 months** |
| **Department of Taxation - VA\*** | **Taxes and certain other debts** | 510.00 | **Prorata**<br>**12 months** |
| **IRS Centralized Insolvency \*** | **Taxes and certain other debts** | 5,317.00 | **Prorata**<br>**12 months** |
| **IRS Centralized Insolvency \*** | **Taxes and certain other debts** | 4,207.00 | **Prorata**<br>**12 months** |

    C.    **Claims under 11 U.S.C. § 507(a)(1).**

The following priority creditors will be paid prior to other priority creditors but concurrently with administrative claims above.

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| -NONE- | | | |

4.    **Secured Creditors: Motions to Value Collateral ("Cramdown"), Collateral being Surrendered, Adequate Protection Payments, and Payment of certain Secured Claims.**

    A.    **Motions to Value Collateral (other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) or by the final paragraph of 11 U.S.C. § 1325(a)). Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion to value collateral as set forth herein.**

This section deals with valuation of certain claims secured by real and/or personal property, other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) [real estate which is debtor(s)' principal residence] or by the final paragraph of 11 U.S.C. § 1325(a) [motor vehicles purchased within 910 days or any other thing of value purchased within 1 year before filing bankruptcy], in which the replacement value is asserted to be less than the amount owing on the debt. **Such debts will be treated as secured claims only to the extent of the replacement value of the collateral. That value will be paid with interest as provided in sub-section D of this section. You must refer to section 4(D) below to determine the interest rate, monthly payment and estimated term of repayment of any "crammed down" loan. The deficiency balance owed on such a loan will be treated as an unsecured claim to be paid only to the extent provided in section 5 of the Plan.** The following secured claims are to be "crammed down" to the following values:

| Creditor | Collateral | Purchase Date | Est. Debt Bal. | Replacement Value |
|---|---|---|---|---|
| -NONE- | | | | |

    B.    **Real or Personal Property to be Surrendered.**

Upon confirmation of the Plan, or before, the debtor(s) will surrender his/her/their interest in the collateral securing the

Page 2

claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled may be paid as a non-priority unsecured claim. Confirmation of the Plan shall terminate the automatic stay under §§ 362(a) and 1301(a) as to the interest of the debtor(s), any co-debtor(s) and the estate in the collateral.

| Creditor | Collateral Description | Estimated Value | Estimated Total Claim |
|---|---|---|---|
| -NONE- | | | |

    **C.**    **Adequate Protection Payments.**

The debtor(s) propose to make adequate protection payments required by 11 U.S.C. § 1326(a) or otherwise upon claims secured by personal property, until the commencement of payments provided for in sections 4(D) and/or 7(B) of the Plan, as follows:

| Creditor | Collateral | Adeq. Protection Monthly Payment | To Be Paid By |
|---|---|---|---|
| **Bridgecrest Credit\*** | **2015 Kia Forte 35,000 miles** | **247.00** | |
| **Ford Motor Credit \*** | **2018 Ford Focus 8,000 miles** | **324.00** | |
| **Grand Furniture** | **Furniture** | **41.00** | |

Any adequate protection payment upon an unexpired lease of personal property assumed by the debtor(s) pursuant to section 7(B) of the Plan shall be made by the debtor(s) as required by 11 U.S.C. § 1326(a)(1)(B) (payments coming due after the order for relief).

    **D.**    **Payment of Secured Claims on Property Being Retained (except those loans provided for in section 6 of the Plan):**

This section deals with payment of debts secured by real and/or personal property [including short term obligations, judgments, tax liens and other secured debts]. After confirmation of the Plan, the Trustee will pay to the holder of each allowed secured claim, which will be either the balance owed on the indebtedness or, where applicable, the collateral's replacement value as specified in sub-section A of this section, **whichever is less**, with interest at the rate provided below, the monthly payment specified below until the amount of the secured claim has been paid in full. **Upon confirmation of the Plan, the valuation specified in sub-section A and interest rate shown below will be binding unless a timely written objection to confirmation is filed with and sustained by the Court.**

| Creditor | Collateral | Approx. Bal. of Debt or "Crammed Down" Value | Interest Rate | Monthly Payment & Est. Term |
|---|---|---|---|---|
| **Bridgecrest Credit\*** | **2015 Kia Forte 35,000 miles** | **12,345.00** | **7.5%** | **Prorata 43months** |
| **Ford Motor Credit \*** | **2018 Ford Focus 8,000 miles** | **16,216.00** | **7.5%** | **Prorata 43months** |
| **Grand Furniture** | **Furniture** | **2,068.00** | **7.5%** | **Prorata 43months** |

    **E.**    **Other Debts.**

Debts which are (i) mortgage loans secured by real estate which is the debtor(s)' principal residence, or (ii) other long term obligations, whether secured or unsecured, to be continued upon the existing contract terms with any existing default in payments to be cured pursuant to 11 U.S.C. § 1322(b)(5), are provided for in section 6 of the Plan.

**5.**    **Unsecured Claims.**

    **A.**    **Not separately classified.** Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims. Estimated distribution is approximately ___3___ %. The dividend percentage may vary depending on actual claims filed. If this case were liquidated under Chapter 7, the debtor(s) estimate that unsecured creditors would receive a dividend of approximately ___0___ %.

    **B.**    **Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| -NONE- | | |

**6.**    **Mortgage Loans Secured by Real Property Constituting the Debtor(s)' Principal Residence; Other Long Term Payment Obligations, whether secured or unsecured, to be continued upon existing contract terms; Curing of any existing default under 11 U.S.C. § 1322(b)(5).**

    **A.**    **Debtor(s) to make regular contract payments; arrears, if any, to be paid by Trustee.** The creditors

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below, without interest unless an interest rate is designated below for interest to be paid on the arrearage claim and such interest is provided for in the loan agreement. A default on the regular contract payments on the debtor(s) principal residence is a default under the terms of the plan.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Arrearage Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **Education Affiliates** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |
| **PHEAA/Fed Loan Serv** | **Student Loan** | **0.00** | **0.00** | **0%** | **0months** | |

**B.**    **Trustee to make contract payments and cure arrears, if any.** The Trustee shall pay the creditors listed below the regular contract monthly payments that come due during the period of this Plan, and pre-petition arrearages on such debts shall be cured by the Trustee either pro rata with other secured claims or with monthly payments as set forth below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate on Arrearage | Monthly Payment on Arrearage & Est. Term |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

**C.**    **Restructured Mortgage Loans to be paid fully during term of Plan.** Any mortgage loan against real estate constituting the debtor(s)' principal residence upon which the last scheduled contract payment is due before the final payment under the Plan is due shall be paid by the Trustee during the term of the Plan as permitted by 11 U.S.C. § 1322(c)(2) with interest at the rate specified below as follows:

| Creditor | Collateral | Interest Rate | Estimated Claim | Monthly Payment & Term |
|---|---|---|---|---|
| **-NONE-** | | | | |

**7.**    **Unexpired Leases and Executory Contracts.** The debtor(s) move for assumption or rejection of the executory contracts, leases and/or timeshare agreements listed below.

**A.**    **Executory contracts and unexpired leases to be rejected.** The debtor(s) reject the following executory contracts:

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Creditor | Type of Contract |
|---|---|
| -NONE- | |

**B.    Executory contracts and unexpired leases to be assumed.** The debtor(s) assume the following executory contracts. The debtor(s) agree to abide by all terms of the agreement.  The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|---|---|---|---|---|
| -NONE- | | | | |

**8.    Liens Which Debtor(s) Seek to Avoid.**

**A.    The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).** The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions. **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.** If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Basis | Exemption Amount | Value of Collateral |
|---|---|---|---|---|
| -NONE- | | | | |

**B.    Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).** The debtor(s) have filed or will file and serve separate adversary proceedings to avoid the following liens or security interests.  The creditor should review the notice or summons accompanying such   pleadings as to the requirements for opposing such relief.  The listing here is for information purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|---|---|---|---|
| -NONE- | | | |

**9.    Treatment and Payment of Claims.**

- All creditors must timely file a proof of claim to receive any payment from the Trustee.
- If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan.  This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after  the debtor(s) receive a discharge.
- If a claim is listed in the Plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.
- The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.
- If relief from the automatic stay is ordered as to any item of collateral listed in the plan, then, unless otherwise ordered by the court, all payments as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.
- Unless otherwise ordered by the Court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in the plan.

**10.    Vesting of Property of the Estate.** Property of the estate shall revest in the debtor(s) upon confirmation of the Plan. Notwithstanding such vesting, the debtor(s) may not transfer, sell, refinance, encumber real property or enter into a mortgage loan modification without approval of the Court after notice to the Trustee, any creditor who has filed a request for notice and other creditors to the extent required by the Local Rules of this Court.

**11.    Incurrence of indebtedness.** The debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, whether unsecured or secured, except upon approval of the Court after notice to the Trustee, any creditor who has filed a request for notice, and other creditors to the extent required by the Local Rules of this Court.

**12.    Nonstandard Plan Provisions**

☐ **None. If "None" is checked, the rest of Part 12 need not be completed or reproduced.**

**Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.C.**

**The debtor's son will turn 18 in July 2019. He will no longer receive social security in the amount of $168 beginning in month August 2019 which is the reason for the decrease in plan payments in month 4 of the plan.**

**The debtor (wife) will receive child support through June 2020 because her son will still be in highschool. July 2020 will be the first month she will no longer receive the child support which is the reason for the decrease in plan payments in the amount of $500 in month 15 of the plan.**

**Additionally in month 15 of the plan the debtors will no longer have education costs of $62 per month which is the reason for the increase in plan payments in month 15 in that amount.**

**The debtors anticipate that their son will no longer be living with them beginning month 18 of the plan which is the reason for the step increase in the amount of $475 which is a reduction in their food, clothing, entertainment and contingencies.**

**The debtor's income listed in line 8h was calculated by averaging the income received in 2018.**

**The debtor's student loans are currently in deferment. If the student loans become due during the plan the debtors will amend their plan.**

Dated:    **April 12, 2019**

**/s/ James Charles Taylor**                                                  **/s/ Genene E. Gardner**
**James Charles Taylor**                                                      **Genene E. Gardner 72258**
Debtor 1                                                                       Debtors' Attorney

**/s/ Mary Kelly Taylor**
**Mary Kelly Taylor**
Debtor 2

By filing this document, the Attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in the Local Form Plan, other than any nonstandard provisions included in Part 12.

**Exhibits:**          **Copy of Debtor(s)' Budget (Schedules I and J); Matrix of Parties Served with Plan**

Certificate of Service

I certify that on    **April 12, 2019**    , I mailed a copy of the foregoing to the creditors and parties in interest on the attached Service List.

**/s/ Genene E. Gardner**
**Genene E. Gardner 72258**
Signature

**3419 Virginia Beach Blvd.**
**#236**
**Virginia Beach, VA 23452**
Address

Telephone No.

CERTIFICATE OF SERVICE PURSUANT TO RULE 7004

I hereby certify that on    **April 12, 2019**    true copies of the foregoing Chapter 13 Plan and Related Motions were served upon the following creditor(s):

**Bridgecrest Credit***
**BANK OF AMERICA CENTER**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**1111 EAST MAIN STREET, 16TH FL**
**Richmond, VA 23219**

**Ford Motor Credit**
**P.O. Box 542000**
**Omaha, NE 68154**

**Ford Motor Credit \***
**CT CORPORATION SYSTEM**
**4701 COX RD STE 301**
**Glen Allen, VA 23060**

**Grand Furniture**
**Attn: Bankruptcy**
**PO Box 5970**
**Virginia Beach, VA 23471**

**Virginia Beach Gen. Dist. Ct**
**2425 Nimmo Pkwy**
**Virginia Beach, VA 23456**

■ by first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P.; or

☐ by certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

/s/ Genene E. Gardner
**Genene E. Gardner 72258**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **James Charles Taylor** |
| Debtor 2 (Spouse, if filing) | **Mary Kelly Taylor** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | **19-71292** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                        12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | **Police Officer** | **Homemaker** |
| Employer's name | **City of Virginia Beach** | |
| Employer's address | **2401 Courthouse Drive**<br>**Virginia Beach, VA 23456** | |
| How long employed there? | **16 years** | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **5,601.00** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **5,601.00** | $ **0.00** |

| Debtor 1 | **James Charles Taylor** | | |
|---|---|---|---|
| Debtor 2 | **Mary Kelly Taylor** | Case number (*if known*) | **19-71292** |

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | **Copy line 4 here** .......................................................................... 4. | $ **5,601.00** | $ **0.00** |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,220.00** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **303.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **108.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **558.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify:   **Legal Resources** | 5h.+ | $ **18.00** + | $ **0.00** |

| | | | | |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **2,207.00** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ **3,394.00** | $ **0.00** |

8. **List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **500.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **738.00** |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify:   **SSI for son** | 8f. | $ **0.00** | $ **168.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **534.00** |
| 8h. | **Other monthly income.** Specify:   **Net average from VB Schools (Security)** | 8h.+ | $ **127.00** + | $ **0.00** |
| | **Income Income from Officiating** | | $ **199.00** | $ **0.00** |
| | **Net average income Wave Church Security** | | $ **116.00** | $ **0.00** |
| | **Net average from Live Nation Security** | | $ **112.00** | $ **0.00** |
| | **Net average from Ocean Breeze Security** | | $ **44.00** | $ **0.00** |

| | | | | |
|---|---|---|---|---|
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **598.00** | $ **1,940.00** |

| | | | |
|---|---|---|---|
| 10. | **Calculate monthly income.**  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **3,992.00** + $ **1,940.00** = $ **5,932.00** |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

| | |
|---|---|
| 12. | $ **5,932.00** |
| | **Combined monthly income** |

| Debtor 1 | **James Charles Taylor** | | |
|---|---|---|---|
| Debtor 2 | **Mary Kelly Taylor** | Case number (*if known*) | **19-71292** |

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:

> **The debtors do not anticipate receiving a federal or state income tax refund over $1,000 during their plan.**
>
> **The debtor's income listed in line 8h was calculated by averaging the income received in 2018. That income is sporadic and is received different times throughout the year.**
>
> **The wife-debtor will no longer receive SSI for her son beginning in August 2019 and will no longer receive child support beginning in July 2020.**

**Fill in this information to identify your case:**

Debtor 1    **James Charles Taylor**

Debtor 2    **Mary Kelly Taylor**
(Spouse, if filing)

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number   **19-71292**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.

   ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **Son** | **17** | ☐ No  ■ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ **1,600.00**

   **If not included in line 4:**

   4a.   Real estate taxes     4a. $ **0.00**
   4b.   Property, homeowner's, or renter's insurance     4b. $ **20.00**
   4c.   Home maintenance, repair, and upkeep expenses     4c. $ **20.00**
   4d.   Homeowner's association or condominium dues     4d. $ **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans     5. $ **0.00**

| Debtor 1 | **James Charles Taylor** | | |
|---|---|---|---|
| Debtor 2 | **Mary Kelly Taylor** | Case number (if known) | **19-71292** |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **300.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **225.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **355.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **1,049.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **62.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **79.00** |
| 10. | **Personal care products and services** | | 10. $ | **50.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **75.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | **241.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **43.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **145.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **Contingencies** | | 21. +$ | **296.00** |
| | **Pet food, care, supplies** | | +$ | **115.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **4,775.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **4,775.00** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | | 23a. $ | **5,932.00** |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | **4,775.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | | 23c. $ | **1,157.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?

    ■ No.

    ☐ Yes.   Explain here: **Line 8 reflects expenses for band and school supplies. Line 7 includes school lunches which is $40 per week.**

Acceptance Now
5501 Headquarters Drive
Plano, TX 75024

Attorney General Office
US Department of Justice
950 Pennsylvania Ave. N.W
Washington, DC 20503

City of Portsmouth
P.O. Box 85662
Richmond, VA 23285

Ad Astra Recovery Service
7330 W. 33rd Street N. Ste 118
Wichita, KS 67205

AvanteUSA
2950 S. Gessner Suite 265
Houston, TX 77063

CMG-PDC Pediatrics
6161 Kempsville Circle
Suite 101
Norfolk, VA 23502

Allergy & Asthma Specialist
1704 Sir William Osler Drive
Virginia Beach, VA 23454

Bank of America
P.O. Box 15109
Wilmington, DE 19886

Commercial Check Control, Inc.
7250 Beverly Boulevard
Suite 200
Los Angeles, CA 90036

Alteon Health
PO Box 8485
Pompano Beach, FL 33065

Bayview Medical Center
P.O. Box 7068
Portsmouth, VA 23707

Cox Communications
PO BOX 9001087
Louisville, KY 40290-1087

Arlington Emergency Medicine
c/o Merchant's Credit Guide
223 W Jackson Blvd, Ste 410
Chicago, IL 60606

Brian P Midgette, DDS
3326 Taylor Road, Suite 100
Chesapeake, VA 23321

Credit Control Corp
Po Box 120570
Newport News, VA 23612

ARS Account Resolution
1643 NW 136 Ave Blvd.
Suite H
Fort Lauderdale, FL 33323

Bridgecrest Credit*
BANK OF AMERICA CENTER
1111 EAST MAIN STREET, 16TH FL
Richmond, VA 23219

Credit Control Corp
P.O. Box 120568
Newport News, VA 23612

ARS Account Resolution
1643 Harrison Parkway
Suite 100
Fort Lauderdale, FL 33323

Capital One Bank USA
PO Box 30281
Salt Lake City, UT 84130

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193

Asthma & Allergy Clinic
P.O. Box 791184
Baltimore, MD 21279

Cashnet USA
200 West Jackson Ste 1400
Chicago, IL 60606

Credit Systems Int Inc
1277 Country Club Lane
Fort Worth, TX 76112

Atlantic Saury Inpat Services
c/o Phoenix Financial Services
8902 Otis Avenue, Suite 103A
Indianapolis, IN 46216

Chesapeake General District
307 Albermarle Drive Ste
Chesapeake, VA 23322

CRMG/UC-Pediatric Diagnostic C
2401 Godwin Blvd  Ste 3
Suffolk, VA 23434

Attorney General
Tax Division, USDOJ
PO Box 227
Washington, DC 20044

CHKD
PO Box 538467
Atlanta, GA 30353

Department of Taxation - VA*
P.O. Box 2156
Bankruptcy Unit
Richmond, VA 23218

DirecTV
P O Box 78626
Phoenix, AZ 85062-8626

Focused Recovery Solutions
9702 Metropolitan Court, Ste B
Richmond, VA 23236

IRS Centralized Insolvency *
PO Box 7346
Philadelphia, PA 19101

DMV Receipting Center
PO Box 27412
Richmond, VA 23269

Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154

Jefferson   Capital   System
16 Mcleland rd
Saint Cloud, MN 56303

Dominion Boulevard Veterans Br
Po Box 1188
Chesapeake, VA 23327

Ford Motor Credit *
CT CORPORATION SYSTEM
4701 COX RD STE 301
Glen Allen, VA 23060

Jefferson Capital System
16 Mcleland Road
Saint Cloud, MN 56303

DriveERT
700 Port Centre Parkway
Suite 2B
Portsmouth, VA 23704

Furniture Options
1305 Baker Rd
Virginia Beach, VA 23455

John D Greenside, Esquire
701 Independence Circle
Virginia Beach, VA 23455

Eastern Account System
75 Glen Road, Suite 110
Sandy Hook, CT 06482

Gastroenterology Consultants
1925 Glenn Mitchell Drive
Suite 102
Virginia Beach, VA 23456

John R. Sweeney, Jr., MD
P.O. Box 11049
Norfolk, VA 23517

Education Affiliates
5026 Campbell Blvd.
Nottingham, MD 21236

Grand Furniture
Attn: Bankruptcy
PO Box 5970
Virginia Beach, VA 23471

Justin and Jamie Hensley
705 Cote Bas Road
Goose Creek, SC 29445

Elizabeth River Tunnels*
700 Port Centre Pkwy Ste 2B
Portsmouth, VA 23704

Hampton Roads Radiology
P.O. Box 15539
Richmond, VA 23227

Kohls/Capital One
PO Box 3115
Milwaukee, WI 53201

Emergency Coverage Corp
3636 High Sreet
Portsmouth, VA 23707

I C System
P.O. Box 64437
Saint Paul, MN 55164

KPM LLC
1128 Independence Blvd.
Virginia Beach, VA 23455

Emergency Phys of Tidewater
P.O. Box 7549
Portsmouth, VA 23707

Inphynet Contracting Services
c/o ARS Account Resolutions
1643 NW 136 Ave, Bldg H
Fort Lauderdale, FL 33323

Law Enforcement System
P.O. Box 2182
Milwaukee, WI 53201

Fingerhut Direct
6250 Ridgewood Road
Saint Cloud, MN 56303

Internal Revenue Service
400 North Eighth Street Box 76
M/S Room 898
Richmond, VA 23219

Linebarger Goggan Blair & Samp
4828 Loop Central Drive
Suite 600
Houston, TX 77081

Lovell Family Dentistry
5717 Churchland Blvd.
Portsmouth, VA 23703

National Recovery Solutions LLC
PO Box 920
Lockport, NY 14095

Riverside Health System
PO Box 37268
Baltimore, MD 21297

LVNV Funding
PO Box 10497
Greenville, SC 29603

Nicholas Werneke
518 Patrick Street
Portsmouth, VA 23707

Scott & Associates, PC
P.O. Box 115220
Carrollton, TX 75011

Maryview Medical Center
P.O. Box 277199
Atlanta, GA 30384

Ntelos
P.O. Box 1408
Waynesboro, VA 22980

Sentara Collections
P.O. Box 79698
Baltimore, MD 21279

MCV Physicians
P.O. Box 91747
Richmond, VA 23291

PAM
P.O. Box 22147
Alexandria, VA 22304

Sentara Healthcare
P.O. Box 1875
Norfolk, VA 23501

Mercantile Innovative Solution
165 Lawrence Bell Drive
Ste 100
Buffalo, NY 14221

Peroutka & Peroutka
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122

Sequium Asset Solutions, LLC
1130 Northchase Parkway
Suite 150
Marietta, GA 30067

Merchants & Medical
6324 Taylor Drive
Flint, MI 48507

PHEAA/Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106

Shafer Law Firm
2000 Riveredge Parkway
Suite 590
Atlanta, GA 30328

Michael Wayne Investment
2900 Sabre Street, Suite 75
Virginia Beach, VA 23452

Portsmouth General Distrct Ct
711 Crawford St
Portsmouth, VA 23705

South Norfolk Jordan Bridge*
3815 Bainbridge Blvd
Chesapeake, VA 23324

Midland Funding
2365 Northside Drive #300
San Diego, CA 92108

Radiology Assoc of North Texas
P.O. Box 1723
Indianapolis, IN 46206

Speedycash.com
P.O. Box 780408
Wichita, KS 67278

Molly Maid
916 Pecan Point Road
Norfolk, VA 23502

Radius Global Solutions
9550 Regency Square Ste 602
Jacksonville, FL 32225

Sprint
P.O. Box 64378
Saint Paul, MN 55164

MSB
P.O. Box 16755
Austin, TX 78761

Riverside Emergency Phys
P.O. Box 1929
Kilmarnock, VA 22482

Tidewater Physicians Multi
860 Omni Blvd Ste 303
Newport News, VA 23606

Tiffany & Tiffany, PLLC
770 Independence Circle Ste200
Virginia Beach, VA 23455


U.S. Attorney
World Trade Center, Ste 8000
101 West Main Street
Norfolk, VA 23510


US Dept of Ed
2401 International Lane
Madison, WI 53704


Verizon
PO Box 1100
Albany, NY 12250


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002


Virginia Beach Gen. Dist. Ct
2425 Nimmo Pkwy
Virginia Beach, VA 23456


Virginia Neurology and Sleep C
637 Kingsborough Sq Ste E
Chesapeake, VA 23320